# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PATRICIA CLAIRE BANKSTON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and RAYMOND ALCIDE PATENAUDE

C07 03396 

**TO:**

Patenaude & Felix, APC
c/o Raymond Patenaude, Agent for Service
4545 Murphy Canyon Road, 3rd Floor
San Diego, California 92123-4363

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA 95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
_____
CLERK

6-28-07
_____
DATE

_____
(BY) DEPUTY CLERK
SANDY MORRIS

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 416<br>SAN JOSE, CA 95113-2404<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR *(Name):* Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Patricia Claire Bankston<br>DEFENDANT/RESPONDENT: Patenaude & Felix, APC, et al. | CASE NUMBER:<br>C07-03396-JW-PVT |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Bankston v. Patenaude & Felix |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference and ADR Deadline Standing Order Regarding Case Management In Civil Cases; Contents of Joint Case Management Statement; ADR Package

**BY FAX**

3. a. Party served:  Patenause & Felix, A Professional Corporation

   b. Person Served: Raymond Patenaude - Person authorized to accept service of process

4. Address where the party was served:  4545 Murphy Canyon Road 3rd Floor
   San Diego, CA  92123

5. I served the party
   b. **by substituted service.** On (date): July 5, 2007    at (time): 9:23 am    I left the documents listed in item 2 with or in the presence of: Gloria Penaloze - Person In Charge
      (1) **(business)**   a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Patenause & Felix, A Professional Corporation

      under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:  Juan Madrigon
   b. Address:  One Legal, Inc. - 132-Marin
               504 Redwood Blvd #223
               Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:  $ 85.75
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 1359
          (iii) County SAN DIEGO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: July 10, 2007

Juan Madrigon                                                                                  *(signature)*
(NAME OF PERSON WHO SERVED PAPERS)                                                   (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6643696

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 416<br>SAN JOSE, CA 95113-2404 | (408) 294-6100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Bankston v. Patenaude & Fel | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
Patricia Claire Bankston

DEFENDANT:
Patenaude & Felix, APC, et al.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>C07-03396-JW-PVT |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On July 10, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Regarding Case Management In Civil Cases; Contents of Joint Case Management Statement; ADR Package

BY FAX

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

> Patenause & Felix, A Professional Corporation
> Raymond Patenaude
> 4545 Murphy Canyon Road, 3rd Floor
> San Diego, CA 92123

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 85.75

Mirian Flores
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 10, 2007 at Los Angeles, California.

_____
Mirian Flores

# ONE LEGAL, INC.
## CONFIRMATION For **Service of Process**



Date: 7/10/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6643696 |
|---|

| | | | |
|---|---|---|---|
| Customer | CONSUMER LAW CENTER | Attorney | Fred W Schwinn |
| Customer No. | 0055054 | Attorney e-mail | fred.schwinn@sjconsumerlaw.com |
| Address | 12 S 1ST ST STE 416<br>SAN JOSE, CA  95113-2404 | Contact | Fred W Schwinn |
| | | Contact e-mail | fred.schwinn@sjconsumerlaw.com |
| | | Contact Phone | (408) 294-6100 |
| | | Contact Fax | (408) 294-6190 |
| | | Law Firm File Number | Bankston v. Patenaude & Felix |

**Case Information:**

Case Number  C07-03396-JW-PVT
County  SANTA CLARA
Court  Northern District of California
Case Short Title  Patricia Claire Bankston vs. Patenaude & Felix, APC, et al.

**Documents Received:**  No. Docs: 2  No. Pgs: 94

Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Regarding Case Management In Civil Cases; Contents of Joint Case Management Statement; ADR Package

Party to Serve: Patenause & Felix, A Professional Corporation    Service address: 4545 Murphy Canyon Road 3rd Floor

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served<br>Faxed back: 7/10/2007 | Standard<br>Surcharge<br>Declaration of Diligence<br>Copies | 44.00<br>20.00<br>10.00<br>11.75 |
| | Check No. | Total: 85.75 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.