1  **PATENAUDE & FELIX, A.P.C.**
   Raymond A. Patenaude, Esq. (SBN 128855)
2  Matthew B. Golding, Esq. (SBN 171123)
   4545 Murphy Canyon Road, 3rd Floor
3  San Diego, California 92123
   (858) 244-7600  Fax (858) 836-0318
4
   Attorneys for Defendants,
5  PATENAUDE & FELIX, A.P.C. and RAYMOND ALCIDE PATENAUDE

6

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 PATRICIA CLAIRE BANKSTON,        )   CASE NO.:   C 07-03396 JW-PVT
                                    )
12              Plaintiff,          )   **ADR CERTIFICATION BY**
   v.                               )   **PARTIES AND COUNSEL**
13                                  )
   PATENAUDE & FELIX, A.P.C. and;   )
14 RAYMOND ALCIDE PATENAUDE         )
                                    )
15              Defendants.         )
                                    )
16 _____  )

17     Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

18 he or she has.

19     1)   Read the handbook entitled "Dispute Resolution Procedures in the Northern

20          District of California," or the Court's ADR Internet website

21          www.adr.cand.uscorts.gov;

22     2)   Discussed the available dispute resolution options provided by the Court and

23          private entities; and

24 ///

25 ///

26 ///

27 ///

28 ///

                                    1

3) Considered whether this case might benefit from any of the available dispute resolution options.

///

Dated: 10/2/07

RAYMOND A. PATENAUDE, Defendant
On behalf of himself and Patenaude & Felix, A.P.C.

PATENAUDE & FELIX, A.P.C.

Dated: 10/02/07

By: _____
MATTHEW B. GOLDING, ESQ.
Attorneys for Defendants,
PATENAUDE & FELIX, A.P.C. and RAYMOND A. PATENAUDE

2

ADR CERTIFICATION BY PARTIES AND COUNSEL                CASE #.:   C 07-03396 JW-PVT
L:\Attorney's\Matt\BANKSTON - ADR Certification.wpd