1  **PATENAUDE & FELIX, APC**
Raymond A. Patenaude, Esq. (#128855)
2  Victor S. Patenaude, Esq. (#216342)
David C. Scott, Esq. (#225893)
3  Matthew B. Golding, Esq. (#171123)
Michael R. Boulanger, Esq. (#226294
4  4545 Murphy Canyon Road, 3rd Floor
San Diego, California 92123-4363
5  (858) 244-7600 Fax (858) 836-0318

6  Attorneys for PATENAUDE & FELIX, A.P.C. and RAYMOND ALCIDE PATENAUDE

7

## UNITED STATES DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

9

10  PATRICIA CLAIRE BANKSTON,

                            Plaintiff,
11

12  v.

13  PATENAUDE & FELIX, A.P.C. and;
RAYMOND ALCIDE PATENAUDE, et al.,
14  and DOES 1 through 15 inclusive,

15                      Defendant(s).

**Case No.:** C 07-03396 JW

**PROOF OF SERVICE**

16

17  ## DECLARATION OF SERVICE

18  I, Lisa M. Allison,  declare:

19  I am a citizen of the United States and I am employed in the County of San Diego, State of

20  California;  I am over the age of 18 years and not a party to this action; my business address is 4545

21  Murphy Canyon Road, 3rd Floor, San Diego, California 92123.

22  I further declare that I am readily familiar with the business practice of Patenaude & Felix, APC

23  for service of documents, that documents served by facsimile are transmitted in and the original

24  deposited with the United States Postal Service in our ordinary course of business on the same day, the

25  documents served by mail are deposited with the United States Postal Service in the ordinary course

26  of business the same day and that documents served personally are delivered the same day.

27  on October 08, 2007,  I served the following document(s):

28  / / /

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 – FACSIMILE (858) 836-0318

H:\Bankston\POS (Federal).frm

1.)    DEFENDANTS' INITIAL DISCLOSURES [FRCP RULE 26(a)(1) *et seq.*]]

FRED W. SCHWINN
CONSUMER LAW CENTER, INC.
12 SOUTH FIRST STREET, STE. 1014
SAN JOSE, CA  95113-2403
Tel:  408/294-6100
Fax:  408/294-6190

in the following manner of service (check appropriate):

__XXX__    **BY U.S. MAIL:**  I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

_____    **BY FACSIMILE:**  I transmitted all documents to all parties in this action by facsimile at the telephone number(s) indicated above and thereafter placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the Law Offices of PATENAUDE & FELIX APC, San Diego, California.

_____    **BY DHL EXPRESS:**  I caused such documents to be delivered by DHL Express to the offices of the addressee(s).

_____    **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to the addressee(s) above.

_____    (State)  I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

__XXX__    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 08, 2007, at San Diego, California.

Lisa M. Allison

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 - FACSIMILE (858) 836-0318

2
**PROOF OF SERVICE**

H:\Bankston\POS (Federal).frm