1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   PATRICIA CLAIRE BANKSTON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>               Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>               Defendants. | Case No. C07-03396-JW-PVT<br><br>**PLAINTIFF'S NOTICE OF DISCOVERY PROPOUNDED TO DEFENDANT, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION** |

**COMES NOW** the Plaintiff, PATRICIA CLAIRE BANKSTON, by and through her attorney, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 12th day of October, 2007, Interrogatories numbered 1 through 18 inclusively, have been submitted for answer by Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, in accordance with Rule 33 of the Federal Rules of Civil Procedure, within thirty (30) days from the date of service thereof.

You will please take notice that the party filing these Interrogatories demands answers under oath in accordance with the rules of civil procedure. These Interrogatories are continuing and require supplemental answers if additional information is obtained between the time of answering and the time of trial.

ADDITIONALLY, Plaintiff notifies the Court that she has also served a Request for

Production of Documents in accordance with Rule 34 of the Federal Rules of Civil Procedure containing 19 paragraphs upon Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and that these discovery requests are to be responded to within thirty (30) days.

ADDITIONALLY, Plaintiff notifies the Court that she has also served a Request for Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure, containing 7 paragraphs upon Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and that these discovery requests are to be responded to within thirty (30) days.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
12 South First Street, Suite 1014
San Jose, California  95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email: fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct copy of the above and foregoing document to be deposited in the United States mail, postage prepaid, addressed to the following:

Matthew B. Golding
Patenaude & Felix, A.P.C.
4545 Murphy Canyon Road, 3rd Floor
San Diego, CA  92123
Attorney for Defendants

on this, the 12th day of October, 2007.

/s/ Fred W. Schwinn
Fred W. Schwinn