# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Bankston,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Patenaude & Felix,<br><br>　　　　　　Defendant(s). | 07-03396 JW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **John E. F. DiNapoli**
> DiNapoli & Sibley
> 10 Almaden Blvd., Suite 1250
> San Jose, CA 95113-2233
> 408-999-0160
> jfd@dslaw.net

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03396 JW MED　　　　　　　　　　- 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2    L.R. 6-7 shall NOT be filed with the court.

4    Dated: October 19, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03396 JW MED                - 2 -