1
2
3
4

Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

5
6

Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

7

8
9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

10
11
12
13
14
15
16
17

PATRICIA CLAIRE BANKSTON,

Plaintiff,

v.

PATENAUDE & FELIX, A
PROFESSIONAL CORPORATION, a
California corporation, and RAYMOND
ALCIDE PATENAUDE, individually and in
his official capacity,

Defendants.

Case No.  C07-03396-JW-PVT

**MOTION FOR**
**SUMMARY JUDGMENT**

Date:        January 14, 2008
Time:        9:00 a.m.
Judge:      Honorable James Ware
Courtroom:  Courtroom 8, 4th Floor
Place:       280 South First Street
             San Jose, California

18  COMES NOW the Plaintiff, PATRICIA CLAIRE BANKSTON, by and through her attorney

19  Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 56 and Civil

20  L.R. 7-2, hereby moves this Court for an Order:  1)  granting summary judgment and declaration as

21  a matter of law, that Defendants' collection letter (Exhibit "1") violates the Fair Debt Collection

22  Practices Act (hereinafter "FDCPA"), 15 U.S.C. §§ 1692e, 1692e(10), 1692g(a)(4) and 1692g(a)(5);

23  2) awarding Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C.

24  § 1692k(a)(2)(A); 3) awarding Plaintiff the costs of this action and reasonable attorneys fees

25  pursuant to 15 U.S.C. § 1692k(a)(3); and 4) awarding Plaintiff such other and further relief as may

26  be just and proper.  In support of her Motion, Plaintiff states as follows:

27  1.  No material issues of fact are in dispute concerning Defendants' liability,

28  therefore, Plaintiff is entitled to summary judgment as a matter of law.

-1-

1           2.     Plaintiff further refers the Court to her Memorandum of Points and

2    Authorities in Support filed simultaneously herewith.

3

4                              CONSUMER LAW CENTER, INC.

5

6                              By: /s/ Fred W. Schwinn
                                Fred W. Schwinn, Esq.

7                                    Attorney for Plaintiff
                                PATRICIA CLAIRE BANKSTON

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR SUMMARY JUDGMENT                                      Case No. C07-03396-JW-PVT