Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>                    Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>                    Defendants. | Case No. C07-03396-JW-PVT<br><br>**DECLARATION OF PATRICIA CLAIRE BANKSTON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>[Fed. R. Civ. P. 56 ]<br><br>Date:         January 14, 2007<br>Time:        9:00 a.m.<br>Judge:       Honorable James Ware<br>Courtroom: Courtroom 8, 4th Floor<br>Place:        280 South First Street<br>                   San Jose, California |

I, Patricia Claire Bankston, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I am the Plaintiff in the above captioned case.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. I am a natural person residing in Santa Clara County, California. I have never owned a business.

4. On a date unknown to me, I opened a consumer credit card account issued by Capital One Bank. I used the Capital One Bank credit card account to purchase goods and services for personal, family or household use.

5. Sometime thereafter, Defendants PATENAUDE & FELIX, A.P.C., and RAYMOND ALCIDE PATENAUDE sent a collection letter dated June 4, 2007, to me in an attempt to collect the debt owed to Capital One Bank.

6. The June 4, 2007, collection letter was the first written notice that I received from PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and RAYMOND ALCIDE PATENAUDE in connection with collecting the debt owed to Capital One Bank.

7. A true and accurate copy of the June 4, 2007, collection letter is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

Executed at San Jose, California on December 7, 2007.

*Patricia Claire Bankston*
Patricia Claire Bankston