Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>　　　　　　　　Defendants. | Case No. C07-03396-JW-PVT<br><br>**DECLARATION OF FRED W. SCHWINN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>[Fed. R. Civ. P. 56 ]<br><br>Date:　　　January 14, 2008<br>Time:　　　9:00 a.m.<br>Judge:　　　Honorable James Ware<br>Courtroom: Courtroom 8, 4th Floor<br>Place:　　　280 South First Street<br>　　　　　　San Jose, California |

　　　　I, Fred W. Schwinn, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

　　　　1.　　I am an attorney at law duly licensed to practice before all the courts of the State of California and in this judicial district and am a shareholder in the law firm Consumer Law Center, Inc., attorneys of record for Plaintiff, PATRICIA CLAIRE BANKSTON (hereinafter referred to as "Plaintiff").

　　　　2.　　I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

　　　　3.　　On October 12, 2007, I served <u>Plaintiff's First Request for Admissions Propounded to Patenaude & Felix, A Professional Corporation</u> on counsel for Defendants, Matthew

-1-

1  B. Golding, via first-class United States Mail. A true and accurate copy of the <u>Plaintiff's First
2  Request for Admissions Propounded to Patenaude & Felix, A Professional Corporation</u> is attached
3  hereto, marked Exhibit "2," and by this reference is incorporated herein.

4      4.    On or about November 14, 2007, I received <u>Defendant, Patenaude & Felix's,
5  Response to Request for Admissions</u>. A true and accurate copy of <u>Defendant, Patenaude & Felix's,
6  Response to Request for Admissions</u> is attached hereto, marked Exhibit "3," and by this reference
7  is incorporated herein.

8      Executed at San Jose, California on December 10, 2007.

        /s/ Fred W. Schwinn
        Fred W. Schwinn (SBN 225575)
        CONSUMER LAW CENTER, INC.
        12 South First Street, Suite 1014
        San Jose, California 95113-2418
        Telephone Number: (408) 294-6100
        Facsimile Number: (408) 294-6190
        Email Address:
        fred.schwinn@sjconsumerlaw.com
        Attorney for Plaintiff
        PATRICIA CLAIRE BANKSTON