1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   PATRICIA CLAIRE BANKSTON

6

7

8              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                      SAN JOSE DIVISION

10 PATRICIA CLAIRE BANKSTON,              Case No.  C07-03396-JW-PVT

11              Plaintiff,                 PLAINTIFF'S FIRST REQUEST FOR
                                           ADMISSIONS PROPOUNDED TO
12 v.                                      PATENAUDE & FELIX, A
                                           PROFESSIONAL CORPORATION
13 PATENAUDE & FELIX, A
   PROFESSIONAL CORPORATION, a
14 California corporation, and RAYMOND
   ALCIDE PATENAUDE, individually and in
15 his official capacity,

16              Defendants.

17

18 TO:   Patenaude & Felix, A.P.C.
         c/o Matthew B. Golding
19       Patenaude & Felix, A.P.C.
         4545 Murphy Canyon Road, 3rd Floor
20       San Diego, CA 92123

**EXHIBIT 2**

21       **COMES NOW** the Plaintiff and pursuant to Rule 36 of the Federal Rules of Civil Procedure

22 hereby requests Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, make

23 the following admissions under oath and within thirty (30) days from the service of this request, for

24 the purpose of this action only, and subject to all objections as to admissibility which may be

25 interposed at the trial, as to the genuineness of the following described documents and/or truth of

26 the following facts, all as hereinafter set out.

27       Notice is also given that each matter of which an admission is requested is admitted unless

28 within the time specified after service of the request or within such shorter or longer time as the

-1-

Court may allow, the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter, signed by the party or by his/her attorney. If objection is made, the reasons therefore shall be stated. The answer shall specifically deny the matter, or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission, and when good faith requires that a party qualify his/her answer to deny only a part of the matter of which an admission is requested, that party shall specify so much of it as is true and qualify or deny the remainder. An answering party may not give lack of information or knowledge as a reason for failure to admit or deny unless s/he states that s/he has made reasonable inquiry and that the information known or readily obtainable by him/her is insufficient to enable him/her to admit or deny. A party who considers that a matter of which an admission has been requested presents a genuine issue for trial may not, on that ground alone, object to the request; s/he may, subject to the provision of Rule 37(c) of the Federal Rule of Civil Procedure, deny the matter or set forth reasons why he cannot admit or deny it.

Any admission made by a party is for the purpose of this action only and is not an admission by him/her for any other purpose and may not be used against him/her in any other proceeding.

Notice is also given that under the provisions of Rule 37(c)(2) of the Federal Rule of Civil Procedure if a party fails to admit the genuineness of any documents or the truth of any matter, as requested under Rule 36 of the Federal Rules of Civil Procedure, and if the party requesting the admission thereafter proves the genuineness of the document or the truth of the matter, that party may apply to the Court for an order requiring the other party to pay the reasonable expenses incurred in making such proof, including a reasonable attorney fee.

### DEFINITIONS

As used herein, the terms listed below are defined as follows:

A. The term "Complaint" refers to Plaintiff's Complaint in the above styled action.

B. The term "Answer" refers to Defendant's Answer in the above styled action.

C. The terms "person" or "persons" shall mean all entities, including but not limited to individuals, groups or associations however formed.

-2-

D.  The term "you" refers to Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, including all past and current employees and agents of this Defendant, and any individual over which this Defendant exercises the power to control and direct.

E.  The term "the debt" refers to the obligation allegedly owed to CAPITAL ONE BANK which you were attempting to collect from the Plaintiff.

## ADMISSIONS REQUESTED

1. Plaintiff, PATRICIA CLAIRE BANKSTON, is a "consumer" within the meaning of 15 U.S.C. § 1692a(3).

2. Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

3. The principal business of Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, is the collection of consumer debts owed or alleged to be owed to another.

4. Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, regularly collects or attempts to collect consumer debts on behalf of its clients.

5. The financial obligation owed to CAPITAL ONE BANK by Plaintiff is a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

6. The document Bates numbered 100001 - 100002 attached hereto is true and correct copy of the front and back of the original.

7. The document Bates numbered 100001 - 100002 attached hereto is genuine and admissible in trial without objection.

CONSUMER LAW CENTER, INC.

By: _____
Fred W. Schwinn (SBN 225575)
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email: fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff

FIRST REQUEST FOR ADMISSIONS                                  Case No. C07-03396-JW-PVT

## CERTIFICATE OF SERVICE

The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct copy of the above and foregoing document to be deposited in the United States mail, postage prepaid, addressed to the following:

> Matthew B. Golding
> Patenaude & Felix, A.P.C.
> 4545 Murphy Canyon Road, 3rd Floor
> San Diego, CA 92123
>     Attorney for Defendants

on this, the 12th day of October, 2007.

Fred W. Schwinn

LAW OFFICES OF
# PATENAUDE & FELIX, A.P.C.
### A PROFESSIONAL LAW CORPORATION

[X] PLEASE REPLY TO OFFICE INDICATED

| [X] 4545 MURPHY CANYON RD, 3RD FL<br>SAN DIEGO, CALIFORNIA 92123<br>TEL (858) 244-7600  (800) 832-7675<br>FAX (858) 836-0318 | [ ] 213 EAST MAIN STREET<br>CARNEGIE, PENNSYLVANIA 15106<br>TEL (412) 429-7675  (866) 772-7675<br>FAX (412) 429-7679 | [ ] 1771 EAST FLAMINGO RD, STE. 112A<br>LAS VEGAS, NEVADA 89119<br>TEL (702) 952-2032  (800) 867-3092<br>FAX (702) 992-6286 |

06/04/07

261965-A1200

PATRICIA BANKSTON
6503 SAN IGNACIO AVE
SAN JOSE, CA 951191733

RE:  Our Client:         CAPITAL ONE BANK
     Account Number:     5291152240935821
     Our File Number:    754.18491
     Account Balance:    $1,857.05

Dear PATRICIA BANKSTON:

Please be advised that the above-referenced debt has been assigned to this firm to initiate collection efforts regarding your delinquent outstanding balance to our client.

In the event that legal action is pursued and judgment is ultimately obtained against you, the judgment may include all court costs, prejudgment interest and attorney's fees in addition to the principal amount currently owed. If you wish to eliminate further collection action, please contact us at (858) 244-7600 or out of the 858 area code (800) 832-7675.

Unless you notify us within THIRTY (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office within THIRTY (30) days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office within THIRTY (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Very Truly Yours,

Raymond A. Patenaude, ESQ.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.      100001
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.