**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>    Plaintiff(s),<br><br>    v.<br><br>PATENAUDE AND FELIX, A PROFESSIONAL CORPORATION, ET AL,<br><br>    Defendant(s).<br>_____/ | No. C 07-03396 JW<br><br>CLERK'S NOTICE CONTINUING MOTION HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Plaintiff's Motion for Summary Judgment before Judge James Ware previously noticed for January 14, 2008 at 9:00 AM has been reset to **February 25, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: December 18, 2007

FOR THE COURT,
Richard W. Wieking, Clerk


by: _____/s/_____
         Elizabeth Garcia
         Courtroom Deputy