1  **PATENAUDE & FELIX, A.P.C.**
Raymond A. Patenaude, Esq. (SBN 128855)
2  Matthew B. Golding, Esq. (SBN 171123)
4545 Murphy Canyon Road, 3rd Floor
3  San Diego, California 92123
(858) 244-7600  Fax (858) 836-0318
4  mattg@pandf.us
rayp@pandf.us
5
Attorneys for Defendants,
6  PATENAUDE & FELIX, A.P.C. and RAYMOND ALCIDE PATENAUDE

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

10

11  PATRICIA CLAIRE BANKSTON,        )   CASE NO.:   C 07-03396 JW-PVT
                                     )
12              Plaintiff,           )   **NOTICE OF CHANGE OF**
    v.                               )   **COUNSEL**
13                                   )
    PATENAUDE & FELIX, A.P.C. and;   )
14  RAYMOND ALCIDE PATENAUDE         )
                                     )
15              Defendants.          )
                                     )
16  _____)

17           TO THE COURT, PARTIES, AND ALL INTERESTED PERSONS:

18           PLEASE TAKE NOTICE that Raymond A. Patenaude, California State Bar # 128855, a

19  member in good stating of the United States Federal Court for the Northern District of

20  California, will now be the handing attorney in his matter.  The current handling attorney,

21  Matthew B. Golding, is leaving the employ of Patenaude & Felix, A.P.C., the law firm

22  representing the Defendants, and will no longer be associated with this case.

23  / / /

24  Dated: December 19, 2007           /s/ Matthew B. Golding
                                       MATTHEW B. GOLDING, ESQ.
25

26  Dated: December 19, 2007           /s/ Raymond A. Patenaude
                                       RAYMOND A. PATENAUDE, ESQ.
27

28

---

**NOTICE OF CHANGE OF COUNSEL**                           **Case #:  C07-03396 JW-PVT**
L:\Attorney's\Matt\BANKSTON - Notice of Change of Counsel.wpd