TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Patenaude & Felix, A Professional Corporation
and Raymond Alcide Patenaude

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>Plaintiff,<br><br>vs.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California Corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>Defendants. | CASE NO.: C 07 03396 JW PVT<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL BY DEFENDANTS** |

BANKSTON V. PATENAUDE & FELIX ET AL. (CASE NO. C 07 03396 JW PVT)
DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL

1  PLEASE TAKE NOTICE that defendants Patenaude & Felix, a Professional
2  Corporation and Raymond Alcide Patenaude hereby substitute the law firm of
3  Simmonds & Narita, LLP as its counsel of record in this action, in place of its
4  present counsel, Raymond A. Patenaude and Patenaude & Felix, A.P.C. The new
5  address for counsel for Defendants shall be:

7  **Tomio B. Narita**
   **Jeffrey A. Topor**
8  **Simmonds & Narita LLP**
   **44 Montgomery Street, Suite 3010**
9  **San Francisco, CA 94104**
   **Tel.: (415) 283-1000**
10 **Fax: (415) 352-2625**

12 I consent to the above substitution.

14 By: _____
       Raymond A. Patenaude
15     On Behalf of himself and Patenaude & Felix,
       A Professional Corporation

17 I consent to the above substitution.

20 By: _____
       Tomio B. Narita
       Simmonds & Narita LLP

22 DATED: January 30, 2008            SIMMONDS & NARITA LLP
                                      TOMIO B. NARITA
23                                    JEFFREY A. TOPOR

25                               By:  /Tomio B. Narita/
                                      Tomio B. Narita
26                                    Attorneys for defendants
                                      Patenaude & Felix, A Professional
27                                    Corporation and Raymond Alcide
                                      Patenaude

BANKSTON V. PATENAUDE & FELIX ET AL. (CASE NO. C 07 03396 JW PVT)
DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL                              2.