1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   PATRICIA CLAIRE BANKSTON

6

7

8            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                   SAN JOSE DIVISION

10 PATRICIA CLAIRE BANKSTON,              Case No.  C07-03396-JW-PVT

11                        Plaintiff,      SUPPLEMENTAL DECLARATION
                                          OF FRED W. SCHWINN IN SUPPORT
12 v.                                     OF MOTION FOR SUMMARY
                                          JUDGMENT
13 PATENAUDE & FELIX, A
   PROFESSIONAL CORPORATION, a            [Fed. R. Civ. P. 56 ]
14 California corporation, and RAYMOND
   ALCIDE PATENAUDE, individually and in  Date:       February 25, 2008
15 his official capacity,                 Time:       9:00 a.m.
                          Defendant.      Judge:      Honorable James Ware
16                                        Courtroom:  Courtroom 8, 4th Floor
                                          Place:      280 South First Street
17                                                    San Jose, California

18

19         I, Fred W. Schwinn, declare under penalty of perjury, under the laws of the United States,

20 28 U.S.C. § 1746, that the following statements are true:

21         1.     I am an attorney at law duly licensed to practice before all the courts of the

22 State of California and in this judicial district and am a shareholder in the law firm Consumer Law

23 Center, Inc., attorneys of record for Plaintiff, PATRICIA CLAIRE BANKSTON (hereinafter

24 referred to as "Plaintiff").

25         2.     I have personal knowledge of the following facts, and if called as a witness,

26 I could and would competently testify thereto.

27         3.     On July 5, 2007, I received a letter from Matthew B. Golding, counsel for

28 Defendants, PATENAUDE & FELIX, A.P.C., and RAYMOND A. PATENAUDE.  A true and

                                      -1-
SUPPLEMENTAL DECLARATION OF FRED W. SCHWINN          Case No. C07-03396-JW-PVT

1   correct copy of this letter is attached hereto as Exhibit "4," and by this reference is incorporated

2   herein.

3             4.    On October 12, 2007, I caused to be served on counsel for Defendant,

4   PATENAUDE & FELIX, Interrogatories.  On or about November 12, 2007, the responses to these

5   Interrogatories were served on my office.  A true and correct copy of <u>Defendant, PATENAUDE &</u>

6   <u>FELIX's, Response to Interrogatories</u> is attached hereto as Exhibit "5," and by this reference

7   incorporated herein.

8         Executed at San Jose, California on February 9, 2008.

9

10

                         /s/ Fred W. Schwinn
                        Fred W. Schwinn (SBN 225575)

11                       CONSUMER LAW CENTER, INC.
                       12 South First Street, Suite 1014

12                       San Jose, California  95113-2418
                       Telephone Number: (408) 294-6100

13                       Facsimile Number: (408) 294-6190
                       Email Address:

14                       fred.schwinn@sjconsumerlaw.com
                       Attorney for Plaintiff

15                       PATRICIA CLAIRE BANKSTON

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF FRED W. SCHWINN           Case No. C07-03396-JW-PVT