UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 2/25/2008  **Court Reporter:** Gina Colin
**Case No.:** C-07-03396 JW  **Interpreter:** N/A
**Related Case No.:** N/A

TITLE

**Sheryl Moulton v. Patenaude & Felix et al**

**Attorney(s) for Plaintiff(s):** Fred Schwin
**Attorney(s) for Defendant(s):** Tomio Nartin

PROCEEDINGS

Plaintiff's Motion for Summary Judgment [Doc. 19]

ORDER AFTER HEARING

Hearing Held.  The Court took the matter under submission after oral argument. The Court to issue further order.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: