IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Patricia Claire Bankston, | NO. C 07-03396 JW |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| Patenaude & Felix, et al., | |
|     Defendants. | |

    Pursuant to the Court's June 13, 2008 Order Granting Plaintiff's Motion for Summary Judgment, judgment is entered in favor of Plaintiff Patricia Bankston, against Defendants Patenaude & Felix Professional Corporation and Raymond Patenaude.

    Judgment is entered in the amount of $250.  Plaintiff is also entitled to recover reasonable fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

Dated:  June 13, 2008

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Fred W. Schwinn fred.schwinn@sjconsumerlaw.com
Jeffrey A. Topor jtopor@snllp.com
Tomio Buck Narita tnarita@snllp.com

**Dated: June 13, 2008**                                                **Richard W. Wieking, Clerk**

                                                               **By:   /s/ JW Chambers**
                                                                     **Elizabeth Garcia**
                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California