Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>Defendants. | Case No. C07-03396-JW-PVT<br><br>**DECLARATION OF FRED W. SCHWINN IN SUPPORT OF AWARD OF ATTORNEY FEES AND COSTS**<br><br>Judge:      Honorable Jeremy Fogel<br>Courtroom: 3, 5th Floor<br>Place:       280 South First Street<br>                  San Jose, California |

I, Fred W. Schwinn, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

    1.    I am counsel for the Plaintiff in the above captioned case.

    2.    I am a member in good standing of the bars of the following courts:

Supreme Court of the United States
Washington, DC
2003

Supreme Court of California
Sacramento, California
2003

Supreme Court of Kansas
Topeka, Kansas
1997

U.S. Court of Appeals for the Tenth Circuit
Denver, Colorado
1999

-1-

        U.S. Court of Appeals for the Ninth Circuit
        San Francisco, California
        2003

        U.S. District Court for the District of Kansas
        Topeka, Kansas
        1997

        U.S. District Court for the Western District of Missouri
        Jefferson City, Missouri
        2001

        U.S. District Court for the Northern District of California
        San Francisco, California
        2003

        U.S. District Court for the Eastern District of California
        Sacramento, California
        2003

        U.S. District Court for the Central District of California
        Los Angeles, California
        2003

        3.     I am a 1994 graduate of Washburn University in Topeka, Kansas and a 1997 graduate of Washburn University School of Law. In 1995 I passed the Uniform Certified Public Accountant's examination and was granted a Certified Public Accountant certificate from the Kansas Board of Accountancy. I am a member of the State Bar of California, Bar Association of San Francisco, National Association of Consumer Advocates, Consumer Attorneys of California, National Association of Consumer Bankruptcy Attorneys, California Bankruptcy Forum, and Topeka Area Bankruptcy Council of which I am a past Treasurer.

        4.     From September 26, 1997, until December 21, 2003, I maintained a private law practice with an office located in Topeka, Kansas. In December of 2003 I relocated my law practice to California. My practice is limited exclusively to the representation of consumers, with particular emphasis on representing consumer debtors under the United States Bankruptcy Code. In addition to Bankruptcy cases, I handle matters under the Fair Debt Collection Practices Act, Truth in Lending Act, Fair Credit Reporting Act, Telephone Consumers Protection Act, FTC Credit Practices Rule, Uniform Commercial Code, common law fraud, misrepresentation and deceit, usury, and other laws enacted to protect consumers. I undertake representation in many consumer cases with the expectation of being paid a contingency amount from the proceeds of recovery, or being

-2-

1  paid based on an award of fees pursuant to a fee shifting statute such as the federal Fair Debt
2  Collection Practices Act and California Rosenthal Fair Debt Collection Practices Act.
3          5.      I have given a number of lectures to consumers and professional groups on
4  consumer law issues, including the Topeka Area Bankruptcy Council and the Pro Bono Project in
5  San Jose, California.
6          6.      I have been a member of the National Association of Consumer Advocates
7  since 1999 and have attended at least twelve (12) national conferences exclusively on consumer law
8  issues.
9          7.      I have been involved in many consumer cases involving a range of consumer
10 protection laws.  I have handled several cases that have resulted in reported decisions favorable to
11 consumers including:  *In re Crosby*, 261 B.R. 470 (D. Kan. 2001) (holding that the issuance of a
12 Form 1099-C by a creditor forgives the debt);  *In re Green*, 287 B.R. 827 (D. Kan. 2002) (holding
13 that the inclusion of language in a Chapter 13 Plan which attempts to discharge student loans should
14 be reviewed on a case-by-case basis);  *Bilal v. Household Finance Corporation III (In re Bilal)*, 296
15 B.R. 828 (D. Kan. 2003) (holding that the inclusion of language in a Chapter 13 Plan which rescinds
16 a home mortgage loan under the Truth in Lending Act is binding on a mortgage creditor who fails
17 to object before confirmation);  and, *Ramirez v. Household Finance Corporation III (In re Ramirez)*,
18 2003 Bankr. LEXIS 1364 (D. Kan. 2003) (finding violations of the Truth in Lending Act).  I am also
19 plaintiff's counsel in the *Quenzer v. Advanta Mortgage Corp. (In re Quenzer)*, 266 B.R. 760 (D.
20 Kan. 2001) and *Quenzer v. Advanta Mortgage Corp. (In re Quenzer)*, 274 B.R. 899 (D. Kan. 2002)
21 cases which were reversed and remanded in *Quenzer v. Advanta Mortgage Corp. (In re Quenzer)*,
22 288 B.R. 884 (D. Kan. 2003).  Despite the reversal, this case remains one of the leading cases in the
23 country regarding rescission under the Truth in Lending Act in the bankruptcy context and it is still
24 cited for the detail and clarity of the Bankruptcy Court's decision.  *See* National Consumer Law
25 Center, Truth in Lending (6th ed. 2007) at 453.
26         8.      My firm's work in connection with this case is shown on the schedule
27 attached hereto, marked Exhibit "A."  My staff and I prepared our time records contemporaneously
28 with our performance of the work, using the Amicus Attorney and Timeslips software packages for

-3-

law offices. The time records do not duplicate work performed in any other file.

9. For my services as an attorney in this case, the Consumer Law Center, Inc., seeks an hourly rate of $300.00. I believe that this hourly rate is reasonable, and that it is comparable to the rates being charged by attorneys of similar experience and expertise in the San Francisco Bay Area's federal and state courts. I have been awarded an hourly rate of $300 in a number of cases in Northern California, including: *Citibank South Dakota, N.A., v. O'Connor*, Santa Clara Case No. 1-05-CV-038648 (February 7, 2006) (J. Huber); *Maundu v. The Barnes Law Firm*, Northern District Case No. C05-01939-JF-PVT (May 23, 2006) (J. Fogel); *Wallat v. Roush*, Northern District Case No. C05-03518-JF-HRL (September 21, 2006) (J. Fogel); *Chan v. North American Collectors, Inc.*, Northern District Case No. C06-00016-JL (January 26, 2007) (J. Larson); *Chan v. Rosen & Loeb*, Northern District Case No. C06-04267-SBA-EDL (September 25, 2007) (J. Armstrong); *Napier v. Collection Bureau of America, LTD.*, Northern District Case No. C07-02429-MMC (October 29, 2007) (J. Chesney); *Asset Acceptance, LLC v. Mekonnen*, Santa Clara Case No. 1-06-CV-073155 (December 21, 2007) (J. Murphy); *Tong v. Capital Management Services Group, Inc.*, Northern District Case No. C07-01026-RMW-HRL (January 18, 2008) (J. Whyte).

10. The Consumer Law Center, Inc., seeks compensation for 23.3 hours that I spent performing legal services for Plaintiff in this case, as well as 6.5 hours of law clerk time.

11. In the San Francisco Bay Area it is customary for lawyers to itemize and bill their clients separately, in addition to their regular hourly rate, for expert witness fees, court reporter fees, long distance telephone calls, on-line research charges, copying and facsimile costs, postage and delivery charges, and travel costs, including mileage, tolls and parking. The Consumer Law Center, Inc., advanced the following fees and costs, and incurred the following expenses in this matter:

| | |
|---|---|
| Filing fees to Clerk of Court | $ 350.00 |
| Service of Process | $ 171.50 |
| Photocopying - 239 @ $ .20 | $ 47.80 |
| Postage | $ 10.82 |

1 | TOTAL $ 580.12

2 | 12. The requested attorney's fees and costs were reasonable and necessary to the
3 | litigation in this matter.
4 | Executed at San Jose, California on June 27, 2008.

 /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

-5-

DECLARATION OF FRED W. SCHWINN                                                Case No. C07-03396-JW-PVT