AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PATRICIA CLAIRE BANKSTON

**BILL OF COSTS**

V.

PATENAUDE & FELIX, et al.

Case Number: C07-03396-JW-PVT

Judgment having been entered in the above entitled action on  June 13, 2008  against Defendants ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ 350.00 |
| Fees for service of summons and subpoena .................................................. | 171.50 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ..................................................... | |
| Fees for witnesses (itemize on reverse side) ............................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | |
| Docket fees under 28 U.S.C. 1923 ...................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................... | |
| Compensation of court-appointed experts ................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ........................................................... | |
| TOTAL | $ 521.50 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  Tomio B. Narita, 44 Montgomery Street, Suite 3010, San Francisco, CA 94104

Signature of Attorney: _/s/_

Name of Attorney: Fred W. Schwinn

For: PATRICIA CLAIRE BANKSTON                                     Date: June 27, 2008
Name of Claiming Party

Costs are taxed in the amount of $ 521.50  and included in the judgment.

RICHARD W. WIEKING                  By: /s/ Sandy Morris                  July 15, 2008
Clerk of Court                           Deputy Clerk                        Date