TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Patenaude & Felix, A Professional Corporation
and Raymond Alcide Patenaude

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON, | CASE NO.: C 07 03396 JW PVT |
| Plaintiff, | |
| vs. | **DECLARATION OF TOMIO B. NARITA IN SUPPORT OF DEFENDANT'S OBJECTIONS TO DECLARATION OF FRED SCHWINN IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS** |
| PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California Corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity, | NO HEARING DATE NOTICED |
| Defendants. | |

BANKSTON V. PATENAUDE & FELIX ET AL. (CASE NO. C 07 03396 JW PVT)
NARITA DECLARATION IN SUPPORT OF DEFENDANTS' OBJECTIONS TO DECLARATION OF FRED SCHWINN IN
SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS

I, Tomio B. Narita, declare:

1. I am an attorney duly licensed to practice before all courts of the State of California. I am a partner with Simmonds & Narita LLP, counsel of record for the defendants in this action, Patenaude & Felix, A Professional Corporation and Raymond Alcide Patenaude (collectively, "Defendants"). I make this declaration in support of Defendants' Objection to Declaration of Fred Schwinn in Support of Award of Attorney Fees and Costs. I have personal knowledge of the facts set forth below, and could and would testify thereto if called upon to do so.

2. On December 19, 2007, Defendants served an Offer of Judgment on Plaintiff pursuant to Rule 68 of the Federal Rules of Civil Procedure, a true and correct copy of which is attached hereto as **Exhibit A**. Plaintiff did not accept Defendants' Rule 68 Offer.

3. Plaintiff did not attempt to meet and confer with regards to her requested attorney's fees and costs prior to filing the declarations in support of that request. In fact, there has been no communication between counsel for Defendants and counsel for Plaintiff with regards to this matter since before the date of the Court's Order Granting Summary Judgment dated June 13, 2008.

I declare under penalty of perjury under that the foregoing is true and correct. Executed at San Francisco, California on this 15th day of July, 2008 at San Francisco, California.

By:     <u>s/Tomio B. Narita</u>
          Tomio B. Narita

# Exhibit A

```
 1  PATENAUDE & FELIX, A.P.C.
    Raymond A. Patenaude, Esq. (SBN 128855)
 2  Matthew B. Golding, Esq. (SBN 171123)
    4545 Murphy Canyon Road, 3rd Floor
 3  San Diego, California 92123
    (858) 244-7600  Fax (858) 836-0318
 4  mattg@pandf.us
    rayp@pandf.us
 5
    Attorneys for Defendants,
 6  PATENAUDE & FELIX, A.P.C. and RAYMOND ALCIDE PATENAUDE
 7
 8                    UNITED STATES DISTRICT COURT
 9          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
10
11  PATRICIA CLAIRE BANKSTON,        )   CASE NO.: C 07-03396 JW-PVT
                                     )
12              Plaintiff,           )   OFFER OF JUDGMENT
        v.                           )
13                                   )   [FRCP RULE 68]
    PATENAUDE & FELIX, A.P.C. and;   )
14  RAYMOND ALCIDE PATENAUDE         )
                                     )
15              Defendants.          )
                                     )
16                                   )
17      TO: PLAINTIFF ABOVE-NAMED, by and through her Attorney:
18  Frederick W. Schwinn, Esq.
    Consumer Law Center Inc
19  12 S. 1st Street, #1014
    San Jose, CA 95113
20
21      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Patenaude &
22  Felix, A.P.C. and Raymond Alcide Patenaude, hereby offer to allow judgment to be take against
23  them jointly, and in favor of Plaintiff as follows:
24      1.   Judgment shall be entered against Patenaude & Felix. A.P.C. and Raymond A.
25  Patenaude in the total amount of One Thousand One Dollars ($1,001.00) for statutory damages,
26  plus Zero Dollars ($0.00) in actual damages, plus attorneys fees and taxable costs in the amount
27  of Two-Thousand Five Hundred Dollars ($2,500.00).
28  ///
```

1

OFFER OF JUDGMENT                                           Case #: C07-03396 JW-PVT

2. The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against these Defendants, and all individuals and entities who could be held vicariously liable for the Defendants' alleged actions or omissions, said judgment shall have no effect whatsoever except in settlement of those claims; and

3. This Offer of Judgment is made sole for the purposes specified in Rule 68, and is not to be construed either as an admission that Patenaude & Felix, A.P.C. or Raymond Alcide Patenaude is liable in this action, or that Plaintiff has suffered any damage.

In accordance with Rule 68, if this Offer of Judgment is not accepted by Plaintiff within ten (10) days after service of the Offer, the Offer shall be deemed withdrawn and any evidence of this Offer will be inadmissable except in any proceeding to recover costs.

In accordance with Rule 68, if this Offer of Judgment is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer, Plaintiff must pay its costs incurred after making this Offer, as well as, Defendants' attorney's fees and costs.

///

Dated: December 17, 2007

PATENAUDE & FELIX, A.P.C.

By: _____
MATTHEW B. GOLDING, ESQ.
Attorneys for Defendants,
PATENAUDE & FELIX, A.P.C. and
RAYMOND ALCIDE PATENAUDE

2

OFFER OF JUDGMENT                                    Case #: C07-03396 JW-PVT

PATENAUDE & FELIX A.P.C.
Raymond A. Patenaude, Esq. (#128855)
Victor S. Patenaude, Esq. (#216342)
Michael R. Boulanger, Esq. (#226294)
Daniel L. Vinson, Esq. (#214005)
Michael D. Kahn, Esq. (#236898)
4545 Murphy Canyon Road, 3rd Floor
San Diego, CA 92123
Tele: (858) 244-7600  Fax: (858) 836-0318

Attorneys for Plaintiff
CAPITAL ONE BANK

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA, SAN JOSE DIVISION

| | |
|---|---|
| CAPITAL ONE BANK<br>Plaintiff,<br>v.<br>PATRICIA BANKSTON,<br>and DOES 1 through 15 inclusive,<br>Defendant(s). | Case No. C 07-03396 JW-PVT<br>**PROOF OF SERVICE** |

I, Sarah Reddiconto, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business is 4545 Murphy Canyon Road Third Floor San Diego, CA 92123.

I further declare that I am readily familiar with the business practice of Patenaude & Felix, APC for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally are delivered the same day.

///

1

On December 19, 2007, I served the following documents(s):

1. OFFER OF JUDGMENT

Fred W Schwinn
Consumer Law Center 12 S. First St., #416
San Jose CA 95113
Attorney for Patricia Bankston                in *Pro Per*

in the following manner of service (check appropriate):

_____    **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

_____    **BY FACSIMILE:** I transmitted all documents to all parties in this action by facsimile at the telephone number(s) indicated above and thereafter placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the Law Offices of PATENAUDE & FELIX APC, San Diego, California.

XX        **BY AIRBORNE EXPRESS:** I caused such documents to be delivered by Airborne Express to the offices of the addressee(s)

_____    **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s) above.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on December 19, 2007, at San Diego, California.

_____
Sarah Reddiconto

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CA 92123
TELE: (858) 244-7600  FAX: (858) 836-0318

2

CA_78A POS                            P&F File No. 754.18491