**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Patricia Claire Bankston, | NO. C 07-03396 JW |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| Patenaude & Felix, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that Plaintiff's Motion for Attorney Fees and Costs in the above entitled case is referred to the assigned Magistrate Judge. Plaintiff shall properly notice and file her motion before Judge Trumbull in accordance with the Civil Local Rules of the Court.

Dated:  July 24, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Fred W. Schwinn fred.schwinn@sjconsumerlaw.com
Jeffrey A. Topor jtopor@snllp.com
Tomio Buck Narita tnarita@snllp.com

**Dated: July 24, 2008**                                              **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**