1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   PATRICIA CLAIRE BANKSTON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>    Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>    Defendants. | Case No.  C07-03396-JW-PVT<br><br>**MOTION FOR ATTORNEY FEES AND COSTS**<br><br>Hearing Judge:   Honorable Patricia V. Trumbull<br>Hearing Date:    September 2, 2008<br>Hearing Time:    10:00 a.m.<br>Courtroom:       5, 4th Floor<br>Place:           280 South First Street<br>                 San Jose, California |

COMES NOW the Plaintiff, PATRICIA CLAIRE BANKSTON, by and through counsel Fred W. Schwinn of the Consumer Law Center, Inc., and hereby moves this Honorable Court for an award of reasonable attorney fees and costs pursuant to the Judgment (Doc. 29) and Order of Reference (Doc. 37) entered in this case.  In support of her Motion, Plaintiff states the following:

1. Plaintiff herein was represented by Fred W. Schwinn of the Consumer Law Center, Inc.

2. On or about June 13, 2008, this Court entered a Judgment in favor of Plaintiff in this case.  The Judgment awarded Plaintiff the amount of $250 plus reasonable attorney fees and costs incurred in representing Plaintiff in this matter.

3. Plaintiff's attorney, Fred W. Schwinn and his staff at the Consumer Law Center, Inc., have expended 32.5 hours on behalf of Plaintiff in this matter.  An itemized accounting

-2-

1  of the time spent is attached to the Declaration of Fred W. Schwinn in Support of Motion for Award
2  of Attorney Fees which is being filed herewith.

3      4.    The prevailing market rate for the time and quality of services provided by
4  Fred W. Schwinn of the Consumer Law Center, Inc., is $300.00 per hour.

5      5.    The prevailing market rate for the time and quality of services provided by
6  Jovanna R. Longo of the Consumer Law Center, Inc., is $125.00 per hour.

7      6.    For the time spent representing Plaintiff in this matter, the Consumer Law
8  Center, Inc., requests attorney fees in the amount of $8,372.50 and non-taxable costs and expenses
9  in the amount of $58.62.

10      7.    Plaintiff further refers the Court to her Memorandum in Support filed
11  simultaneously herewith.

12  WHEREFORE, Plaintiff requests this Honorable Court award attorney fees to Plaintiff in
13  the amount of $8,372.50, reasonable non-taxable costs in the amount of $58.62 in addition to the
14  taxable costs awarded by the court clerk in the amount of $521.50.

15

16  Dated: July 29, 2008                          CONSUMER LAW CENTER, INC.

17
18                                  By: /s/ Fred W. Schwinn
                                    Fred W. Schwinn, Esq.
                                    Attorney for Plaintiff
19                                      PATRICIA CLAIRE BANKSTON

20
21
22
23
24
25
26
27
28

-2-

MOTION FOR ATTORNEY FEES AND COSTS                    Case No. C07-03396-JW-PVT