# Exhibit "A"

**Consumer Law Center, Inc.**
12 South First Street, Suite 1014
San Jose, CA 95113-2418

---

*Invoice submitted to:*
Patricia Bankston
6503 San Ignacio Ave.
San Jose CA 95119


July 28, 2008


Invoice #10005


      Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/2007 | FWS | Meeting with<br>Client - Re: Explaining claims and engagement letter | 0.50<br>300.00/hr | 150.00 |
| 6/28/2007 | FWS | Receive & Review<br>Order Setting Initial Case management Conference and ADR<br>Deadlines | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Drafting Documents<br>Civil Cover Sheet & Summons for 2 Defendants | 0.20<br>300.00/hr | 60.00 |
|  | FWS | Drafting Documents<br>Complaint | 2.10<br>300.00/hr | 630.00 |
| 6/29/2007 | FWS | Draft Letter to<br>Client - Re: Case Filed | 0.10<br>300.00/hr | 30.00 |
| 7/5/2007 | FWS | Draft Letter to<br>Matthew B. Golding - Re: Responding to his letter demanding the<br>case be dismissed by noon tomorrow. (Faxed to 858-836-0318) | 0.50<br>300.00/hr | 150.00 |
|  | FWS | Receive & Review<br>faxed letter from Matthew Golding - Re: He thinks the case is<br>frivolous and demands that we dismiss by noon tomorrow. | 0.10<br>300.00/hr | 30.00 |
| 7/11/2007 | FWS | Drafting Documents<br>Summons Returned Executed for 2 Defendants | 0.10<br>300.00/hr | 30.00 |
| 7/26/2007 | FWS | Receive & Review<br>Answer of Patenaude & Felix, A.P.C. and Raymond Alcide<br>Patenaude to Complaint of Patricia Claire Bankston | 0.40<br>300.00/hr | 120.00 |

---

(408) 294-6100

| Patricia Bankston | | | | | Page | 2 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/7/2007 | FWS | Draft Letter to<br>Matthew Golding - Re: Settlement Offer (Faxed to 858-836-0318) | 0.10<br>300.00/hr | 30.00 |
| 8/27/2007 | FWS | Draft Letter to<br>Client - Re: ADR Handbook | 0.10<br>300.00/hr | 30.00 |
| 9/12/2007 | FWS | Drafting Documents<br>Plaintiffs Initial Disclosures Pursuant to FRCP 26(a) and Notice | 0.50<br>300.00/hr | 150.00 |
| 9/22/2007 | FWS | Meeting with<br>Client - Re: Explaining ADR options & ADR Handbook - Signing ADR Certification | 0.50<br>300.00/hr | 150.00 |
| 10/2/2007 | FWS | Receive & Review<br>ADR Certification by Parties and Counsel from Defendants | 0.10<br>300.00/hr | NO CHARGE |
| | FWS | Drafting Documents<br>Notice of Unavailability of Counsel | 0.10<br>300.00/hr | 30.00 |
| | FWS | Draft Letter to<br>Matthew Golding - Re: Stipulation and Proposed Order Selecting ADR Process (faxed to 858-836-0318) | 0.10<br>300.00/hr | 30.00 |
| | FWS | Drafting Documents<br>Stipulation and Proposed Order Selecting ADR Process | 0.10<br>300.00/hr | 30.00 |
| 10/3/2007 | FWS | Telephone call<br>To Matthew B. Golding - Re: He will look for the ADR Stipulation that I faxed yesterday and call me back if he has a problem with it. | 0.10<br>300.00/hr | 30.00 |
| 10/4/2007 | FWS | Receive & Review<br>Email from Matthew Golding - Re: He signed the Stipulation and Proposed Order Selecting ADR Process and will fax it to me this morning. | 0.10<br>300.00/hr | 30.00 |
| | FWS | Receive & Review<br>Email from Matthew Golding - Re: Signed ADR stipulation for filing with the Court | 0.10<br>300.00/hr | 30.00 |
| | FWS | Draft Email to<br>Matthew Golding - Re: I have not received his fax.  Please advise. | 0.10<br>300.00/hr | 30.00 |
| | FWS | Drafting Documents<br>Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and Notice of Service of Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | 0.50<br>300.00/hr | 150.00 |
| | FWS | Draft Email to<br>Matthew Golding - Re: Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan | 0.10<br>300.00/hr | 30.00 |

Patricia Bankston                                                                                                         Page    3

|            |     |                                                                                                                                                 | Hrs/Rate         | Amount    |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 10/4/2007  | FWS | Drafting Documents<br>Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan                                   | 0.80<br>300.00/hr | 240.00    |
|            | FWS | Draft Email to<br>Matthew Golding - Re: Stipulation and Proposed Order Selecting ADR Process (Second Request)                                    | 0.10<br>300.00/hr | 30.00     |
| 10/5/2007  | FWS | Receive & Review<br>Letter from Matthew Golding - Re: Settlement Offer ("$1,500 as full resolution of this matter")                              | 0.10<br>300.00/hr | 30.00     |
|            | FWS | Telephone call<br>To Patricia Claire Bankston - Re: Voice Mail                                                                                   | 0.10<br>300.00/hr | NO CHARGE |
| 10/8/2007  | FWS | Receive & Review<br>Proof of Service of Defendant's Initial Disclosures (CM/ECF)                                                                 | 0.10<br>300.00/hr | NO CHARGE |
|            | FWS | Telephone call<br>From Bankston, Patricia Claire - Re: Case Update - She rejects their settlement offer of $1,500, including attorney fees and costs | 0.10<br>300.00/hr | 30.00     |
| 10/10/2007 | FWS | Drafting Documents<br>Second Revised Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan                    | 0.10<br>300.00/hr | 30.00     |
|            | FWS | Receive & Review<br>Email from Matthew Golding - Re: Signed copy of the Joint Case Management Statement approved for filing with the Court       | 0.10<br>300.00/hr | 30.00     |
|            | FWS | Receive & Review<br>Email from Matthew Golding - Re: Additional changes that he wants made to the Joint Case Management Statement                | 0.10<br>300.00/hr | 30.00     |
|            | FWS | Draft Email to<br>Matthew Golding - Re: Revised Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan         | 0.10<br>300.00/hr | 30.00     |
|            | FWS | Drafting Documents<br>Revised Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan                           | 0.10<br>300.00/hr | 30.00     |
|            | FWS | Receive & Review<br>Email from Matthew Golding - Re: Proposed changes to the Joint Case Management Statement                                     | 0.10<br>300.00/hr | 30.00     |
|            | FWS | Draft Email to<br>Matthew Golding - Re: Second Revised Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan  | 0.10<br>300.00/hr | 30.00     |

Patricia Bankston                                                                                                                  Page     4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/11/2007 | FWS | Draft Letter to<br>Matthew Golding - Re: Meet and Confer regarding Defendants' Initial Disclosures (faxed to 858-836-0318) | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Receive & Review<br>Defendants' Initial Disclosures Pursuant to FRCP 26(a)(1) | 0.10<br>300.00/hr | 30.00 |
| 10/12/2007 | FWS | Drafting Documents<br>Plaintiff's First Set of Interrogatories Propounded to Patenaude & Felix, A Professional Corporation; Plaintiff's First Request for Production of Documents Propounded to Patenaude & Felix, A Professional Corporation; Plaintiff's First Request for Admissions Propounded to Patenaude & Felix, A Professional Corporation; Plaintiff's Notice of Discovery Propounded to Defendant, Patenaude & Felix, A Professional Corporation | 3.00<br>300.00/hr | 900.00 |
| 10/15/2007 | FWS | Receive & Review<br>Order Referring Case to Mediation | 0.10<br>300.00/hr | 30.00 |
| 10/18/2007 | FWS | Receive & Review<br>Scheduling Order | 0.30<br>300.00/hr | 90.00 |
| 10/19/2007 | FWS | Receive & Review<br>Notice Appointing John DiNapoli as Mediator | 0.10<br>300.00/hr | 30.00 |
| 10/23/2007 | FWS | Receive & Review<br>Letter from John DiNapoli - Re: Scheduling a Mediation in this case | 0.10<br>300.00/hr | 30.00 |
| 10/26/2007 | FWS | Receive & Review<br>Clerk's Notice Re: Failure to File Electronically | 0.10<br>300.00/hr | NO CHARGE |
|  | JRL | Draft Email to<br>Judge Ware's Chambers - Copy of Complaint and Exhibit 1 | 0.10<br>125.00/hr | NO CHARGE |
|  | FWS | Receive & Review<br>Notice of Service of Defendants' Supplemental Initial Disclosures | 0.10<br>300.00/hr | 30.00 |
| 11/14/2007 | FWS | Receive & Review<br>Discovery Responses from Defendants | 0.60<br>300.00/hr | 180.00 |
| 12/6/2007 | FWS | Telephone call<br>To Patricia Claire Bankston - Re: Voice Mail | 0.10<br>300.00/hr | NO CHARGE |
|  | FWS | Receive & Review<br>Faxed letter from Matthew Golding - Re: Settlement offer of $1,500, inclusive of attorney fees and costs. | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Telephone call<br>From Patricia Claire Bankston - Re: She rejects the settlement offer of $1,500, inclusive of attorney fees and costs | 0.10<br>300.00/hr | 30.00 |

| Patricia Bankston | | | | Page 5 |
|---|---|---|---|---|
| | | | **Hrs/Rate** | **Amount** |
| 12/7/2007 | FWS | Meeting with<br>Client - Re: Case Update - Declaration in Support of Motion for Summary Judgment | 0.50<br>300.00/hr | 150.00 |
| | FWS | Drafting Documents<br>Declaration of Fred W. Schwinn in Support of Motion for Summary Judgment | 0.30<br>300.00/hr | 90.00 |
| | FWS | Drafting Documents<br>Declaration of Patricia Claire Bankston in Support of Motion for Summary Judgment | 0.30<br>300.00/hr | 90.00 |
| | HM | Telephone call<br>Patricia Claire Bankston - Voice Mail --- Re: Please call today. We have papers that need to be signed. | 0.10<br>125.00/hr | NO CHARGE |
| 12/10/2007 | FWS | Drafting Documents<br>Memorandum of Points and Authorities in Support of Motion for Summary Judgment | 3.20<br>300.00/hr | 960.00 |
| 12/18/2007 | FWS | Receive & Review<br>Clerk's Notice Continuing Motion Hearing to February 25, 2008 @ 9:00 a.m. | 0.10<br>300.00/hr | 30.00 |
| 12/19/2007 | FWS | Receive & Review<br>Notice of Change of Counsel - From Matthew Golding to Raymond Patenaude | 0.10<br>300.00/hr | 30.00 |
| 12/21/2007 | FWS | Receive & Review<br>Offer of Judgment | 0.10<br>300.00/hr | 30.00 |
| 12/26/2007 | FWS | Telephone call<br>To Patricia Claire Bankston - Re: Voice Mail | 0.10<br>300.00/hr | NO CHARGE |
| 12/28/2007 | FWS | Telephone call<br>From Bankston, Patricia Claire - Re: Case Update - Re: Discuss Rule 68 Offer of Judgment and the risks and implications of not accepting it.  After discussing the issues, we will not respond to the Rule 68 Offer of Judgment. | 0.50<br>300.00/hr | 150.00 |
| 1/28/2008 | FWS | Receive & Review<br>Email from Tomio Narita - Re: He wants to continue the hearing on our MFSJ for 3 weeks. | 0.10<br>300.00/hr | 30.00 |
| 1/30/2008 | FWS | Receive & Review<br>Notice of Substitution of Counsel by Defendants - Tomio Narita | 0.10<br>300.00/hr | 30.00 |
| 1/31/2008 | FWS | Draft Email to<br>Tomio Narita - Re: We are unable to agree to the continuance he has requested. | 0.10<br>300.00/hr | 30.00 |

| Patricia Bankston | | | | Page | 6 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2008 | FWS | Receive & Review<br>Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment | 0.50<br>300.00/hr | 150.00 |
| 2/5/2008 | JRL | Drafting Documents<br>Reply in Support of Motion for Summary Judgment | 0.50<br>125.00/hr | 62.50 |
| 2/6/2008 | JRL | Drafting Documents<br>Reply in Support of Motion for Summary Judgment | 2.50<br>125.00/hr | 312.50 |
| 2/7/2008 | JRL | Drafting Documents<br>Reply in Support of Motion for Summary Judgment, Supplemental Declaration of Fred Schwinn | 3.50<br>125.00/hr | 437.50 |
| 2/9/2008 | FWS | Drafting Documents<br>Supplemental Declaration of Fred W. Schwinn in Support of Motion for Summary Judgment | 0.20<br>300.00/hr | 60.00 |
|  | FWS | Drafting Documents<br>Reply Memorandum in Support of Motion for Summary Judgment | 1.30<br>300.00/hr | 390.00 |
| 2/25/2008 | FWS | Attend<br>Hearing on Motion for Summary Judgment - Matter submitted | 1.00<br>300.00/hr | 300.00 |
| 3/4/2008 | FWS | Drafting Documents<br>Notice of Unavailability of Counsel | 0.10<br>300.00/hr | 30.00 |
| 6/13/2008 | FWS | Draft Letter to<br>Client - Re: Order Granting Plaintiff's Motion for Summary Judgment | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Receive & Review<br>Order Granting Plaintiff's Motion for Summary Judgment | 0.30<br>300.00/hr | 90.00 |
| 6/16/2008 | FWS | Meeting with<br>Scott Maurer - Re: Expert Declaration of Scott Maurer in Support of Plaintiff's Motion for Attorney Fees and Costs | 0.20<br>300.00/hr | 60.00 |
|  | FWS | Drafting Documents<br>Expert Declaration of Scott Maurer in Support of Plaintiff's Motion for Attorney Fees and Costs | 0.10<br>300.00/hr | 30.00 |
| 6/21/2008 | FWS | Drafting Documents<br>Expert Declaration of Ronald Wilcox in Support of Plaintiff's Motion for Attorney Fees and Costs | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Meeting with<br>Ronald Wilcox - Re: Expert Declaration of Ronald Wilcox in Support of Plaintiff's Motion for Attorney Fees and Costs | 0.20<br>300.00/hr | 60.00 |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| Patricia Bankston | | | | | Page 7 |

| Date | | Type | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/27/2008 | FWS | Drafting Documents | Bill of Costs | 0.10<br>300.00/hr | 30.00 |
| | FWS | Drafting Documents | Declaration of Fred W. Schwinn in Support of Motion for Attorney Fees and Costs; Review and Edit Billing Records | 0.60<br>300.00/hr | 180.00 |
| 7/15/2008 | FWS | Receive & Review | Defendants' Objection to Declaration | 0.10<br>300.00/hr | 30.00 |
| | FWS | Receive & Review | Declaration of Tomio B. Narita in Support of Objection to Declaration of Fred Schwinn | 0.10<br>300.00/hr | 30.00 |
| | FWS | Receive & Review | Costs Taxed in amount of $ $521.50 against Patenaude & Felix, et al. | 0.10<br>300.00/hr | 30.00 |
| 7/25/2008 | FWS | Receive & Review | Order of Reference | 0.10<br>300.00/hr | 30.00 |
| 7/28/2008 | FWS | Drafting Documents | Notice of Motion and Motion for Attorney Fees and Costs, Memorandum in Support of Attorney Fees and Costs | 1.50<br>300.00/hr | 450.00 |
| | | **For professional services rendered** | | **32.50** | **$8,372.50** |

Additional Charges :

| Date | | Type | Description | Qty/Price | Amount |
|---|---|---|---|---|---|
| 6/28/2007 | FWS | Filing Fee Expense | Case Filing Fee - $350.00 | 1<br>350.00 | 350.00 |
| | FWS | Photocopying Expense | 36 Copies @ $.20/copy - Re: Copies of Complaint, Summons, and related documents for Filing with the Clerk of the District Court | 36<br>0.20 | 7.20 |
| 6/29/2007 | FWS | Photocopying Expense | 8 Copies @ $.20/copy - Re: Copy of Complaint sent to Client | 8<br>0.20 | 1.60 |
| | FWS | Postage Expense | Postage Expense - $0.58 - Re: Copy of Complaint sent to Client | 1<br>0.58 | 0.58 |
| 7/10/2007 | FWS | Process Server Fees | One Legal, Inc. - $85.75 - Re: Patenaude & Fleix, APC | 1<br>85.75 | 85.75 |
| | FWS | Process Server Fees | One Legal, Inc. - $85.75 - Re: Raymond Alcide Patenaude | 1<br>85.75 | 85.75 |

| Patricia Bankston | | | | Page | 8 |
|---|---|---|---|---:|---:|
| | | | | **Qty/Price** | **Amount** |
| 8/27/2007 | FWS | Photocopying Expense<br>24 Copies @ $.20/copy - Re: Copy of ADR Handbook mailed to Client | | 24<br>0.20 | 4.80 |
| | FWS | Postage Expense<br>Postage Expenses - $1.48 - Re: Copy of ADR Handbook mailed to Client | | 1<br>1.48 | 1.48 |
| 10/12/2007 | FWS | Photocopying Expense<br>23 Copies @ $.20/copy - Re: Plaintiff's Discovery Propounded to Patenaude & Felix | | 23<br>0.20 | 4.60 |
| | FWS | Postage Expense<br>Postage Expense - $1.48 - Re: Plaintiff's Discovery Propounded to Patenaude & Felix | | 1<br>1.48 | 1.48 |
| 12/10/2007 | FWS | Photocopying Expense<br>42 Copies @ $.20/copy - Re: Motion for Summary Judgment and related documents (Chambers Copy) | | 42<br>0.20 | 8.40 |
| | FWS | Postage Expense<br>Postage Expense - $1.99 - Re: Motion for Summary Judgment and related documents (Chambers Copy) | | 1<br>1.99 | 1.99 |
| | FWS | Postage Expense<br>Postage Expense - $1.99 - Re: Motion for Summary Judgment and related documents (Client's Copy) | | 1<br>1.99 | 1.99 |
| | FWS | Photocopying Expense<br>42 Copies @ $.20/copy - Re: Motion for Summary Judgment and related documents (Client's Copy) | | 42<br>0.20 | 8.40 |
| 2/9/2008 | FWS | Postage Expense<br>Postage Expense - $1.65 - Re: Reply Memorandum of Points and Authorities in Support of Motion for Summary Judgment and related documents (Client's Copy) | | 1<br>1.65 | 1.65 |
| | FWS | Photocopying Expense<br>32 Copies @ $.20/copy - Re: Reply Memorandum of Points and Authorities in Support of Motion for Summary Judgment and related documents (Client's Copy) | | 32<br>0.20 | 6.40 |
| | FWS | Photocopying Expense<br>32 Copies @ $.20/copy - Re: Reply Memorandum of Points and Authorities in Support of Motion for Summary Judgment and related documents (Chambers Copy) | | 32<br>0.20 | 6.40 |
| | FWS | Postage Expense<br>Postage Expense - $1.65 - Re: Reply Memorandum of Points and Authorities in Support of Motion for Summary Judgment and related | | 1<br>1.65 | 1.65 |

| Patricia Bankston | | Page 9 |
|---|---|---|
| | **Qty/Price** | **Amount** |
| documents (Chambers Copy) | | |
| **Total costs** | | **$580.12** |
| **Total amount of this bill** | | **$8,952.62** |
| Balance due | | $8,952.62 |